IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:11-CR-026-MEF |
| ) | |
| JAMES E. MOSS ) | |

## **ORDER**

On May 29, 2015, the Magistrate Judge filed a Recommendation (Doc. # 361), to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that Defendant James E. Moss's Motion for New Trial (Doc. # 348) is DENIED as untimely.

It is further ORDERED that Mr. Moss's Motion for Unredacted Discovery (Doc. # 355) is DENIED for the reasons set out in the Government's Opposition to Defendant's Request (Doc. # 357).

DONE this 13th day of July, 2015.

                                                /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE