IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. CASE NO. 2:11-cr-26-ECM |
| | ) | (WO) |
| JAMES E. MOSS | ) | |

**MEMORANDUM OPINION and ORDER**

Now pending before the Court is the Defendant's motion to permit travel to the Philippines (doc. 394) filed on July 7, 2023. The United States opposes the motion. (Doc. 397). For the reasons that follow, the Court concludes that the Defendant's motion is due to be denied.

After a jury trial in 2011, the Defendant was found guilty of conspiracy to defraud the United States in violation of 18 U.S.C. § 371, and multiple counts of aiding and abetting in the preparation of false income tax returns in violation of 26 U.S.C. § 7206(2) and 8 U.S.C. § 2. (Doc. 154). On July 26, 2012, Moss was sentenced to 160 months of imprisonment. He was also sentenced to a three-year term of supervised release. (Doc. 282 at 3). His conviction and sentence were upheld on appeal. *United States v. Moss*, 543 F. App'x 959 (11th Cir. 2013).

On March 10, 2023, Moss was released from the Bureau of Prisons and began serving his term of supervised release. One of his conditions of release is that he "shall not leave the judicial district without the permission of the court or probation officer." (Doc. 282 at 3). Prior to his release from prison, Moss married Hazel Nieva, a citizen of the Philippines. (Doc. 397, Ex. 1). Moss seeks permission to travel to the Philippines to see

his wife and stepchildren for a period of one month, asserting that he "has been fully compliant with all conditions of supervised release." (Doc. 394 at 1).

While the Probation Officer acknowledges that Moss has been compliant, he has been on supervised release for less than five months. He seeks to travel to the Philippines where he cannot be supervised by the Probation Officer. The Court has no way to ensure Moss' return to the United States, particularly in light of the fact that his wife and stepchildren reside in the Philippines.

Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the motion to permit travel (doc. 394) is DENIED.

Done this the 18th day of July, 2023.

    /s/Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE